UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Nolberto Naranjo, Jr. DEFENDANT(S). | CASE NUMBER 10-MJ-2887 |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __the defendant__, IT IS ORDERED that a detention hearing is set for __December 1__, __2010__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __11/26/10__

U.S. District Judge/Magistrate Judge